### 8496.  McBRYANT *v.* SOUTHERN COTTON OIL COMPANY.

The evidence tended to establish the case alleged in the plaintiff's petition, and the questions as to negligence were for the jury. It was therefore error to grant a nonsuit.

DECIDED JANUARY 21, 1918.

Action for damages; from city court of Savannah—Judge Davis Freeman. January 24, 1917.

*Osborne, Lawrence & Abrahams,* for plaintiff.

*George W. Owens, O'Byrne, Hartridge & Wright,* for defendant.

LUKE, J. The only question raised in this case is whether or not the court erred in granting a nonsuit. Inasmuch as we have after a careful examination of the evidence decided that the judgment of nonsuit was improper, it might work injury to the parties

to discuss the evidence. Suffice it to say that the evidence tends to establish the case as pleaded by the plaintiff, and the questions as to alleged negligence were, under the evidence in the case, purely jury questions. The court erred in granting the nonsuit.

*Judgment reversed. Wade, C. J., and Jenkins, J., concur.*